John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
401 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:    (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GREEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SEQUOIA BENEFITS AND INSURANCE SERVICES, LLC, and SEQUOIA ONE PEO, LLC,<br><br>　　　　　　　　Defendants. | Case No.  4:23-cv-01028-KAW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jessica Green, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants Sequoia Benefits and Insurance Services, LLC and Sequoia One PEO, LLC, without prejudice.

DATED:  March 15, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John Nelson*
　　　　　　　　　　　　　　　　　　John J. Nelson (SBN 317598)
　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　401 W Broadway, Suite 1760
　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　Tel.:    (858) 209-6941
　　　　　　　　　　　　　　　　　　jnelson@milberg.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff and the Classes*

NOTICE OF VOLUNTARY DISMISSAL　　　　　　　　　　- 1 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 15, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ John Nelson
John J. Nelson